UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jeanne Grivois</u>

       v.                      Civil No. 12-cv-131-JL

<u>Wentworth-Douglass Hospital, et al.</u>

<u>O R D E R</u>

Counsel on behalf of the plaintiff filed two Disclosures of Experts, Documents 19 and 20. Pursuant to Fed. R. Civ. P. 5(d), disclosures under Rule 26(a)(1) or (2) must not be filed until they are used in the proceeding or the court orders filing. In accordance therewith, Documents 19 and 20 are ordered to be stricken and removed from the docket.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: June 3, 2013

cc:  John Vanacore, Esq.
     Debra Weiss Ford, Esq.